424 A.2d 504

**COMMONWEALTH of Pennsylvania**

v.

**Edward Lewis HOLMES, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 24, 1980.

Decided Jan. 30, 1981.

John A. Halley, Pittsburgh (Court-appointed), for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Asst. Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFMANN, JJ.

## ORDER

PER CURIAM.

Order Affirmed.

ROBERTS, J., filed a dissenting opinion in which O'BRIEN, C. J., joined.

ROBERTS, Justice (dissenting).

For the reasons set forth by Mr. Justice Nix, speaking for this Court in *Commonwealth v. Fiero*, 462 Pa. 409, 341 A.2d 448 (1975), by Mr. Justice (now Chief Justice) O'Brien, for the Court in *Commonwealth v. Scott*, 469 Pa. 381, 366 A.2d 225 (1976), and by this writer, for the Court in *Commonwealth v. Sangricco*, 490 Pa. 126, 415 A.2d 65 (1980), I would vacate the order of the PCHA court dismissing appellant's uncounseled PCHA petition without a hearing and remand for counselled proceedings consistent with the above Opinions of the Court.

O'BRIEN, C. J., joins in this dissenting opinion.